UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNA LYTLE,<br><br>   Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>   Defendant. | Case No. **3:18-CV-00805-REP** |

NOTICE OF SETTLEMENT AND
<u>REQUEST FOR TERM TO FILE DISMISSAL PLEADING</u>

  Plaintiff, Donna Lytle, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Capital One Bank (USA), N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests fourteen (14) days to finalize the settlement documents and file proper pleadings to close this matter. Plaintiff also requests that the settlement conference scheduled for May 2, 2019, as well as all other case deadlines, be set aside.

Dated:   April 29, 2019

            By: ***Francis Webb***
              Francis Alexander Webb
              *Attorney for Plaintiff*
              Law Office F A Webb, PLLC
              4103 Chain Bridge Rd. Suite 300
              Fairfax, VA 22030
              Tel. (703) 539-2003
              Email: frank@fawebb.com

>Carlos C. Alsina
>Admitted *Pro Hac Vice*
>LAW OFFICES OF JEFFREY LOHMAN, P.C.
>4740 Green River Rd., Suite 310
>Corona, CA 92880
>(657) 363-3331
>CarlosA@jlohman.com
>*Attorney for Plaintiff Donna Lytle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

>BY: */s/ Francis Webb*
>Attorney for Plaintiff, Donna Lytle